# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE LAPHAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 14-4063 |
| v. | : | |
| | : | |
| SERGEANT WILLIAM HAINES, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this _16th____ day of February, 2016, it is **ORDERED** that the Motion for Summary Judgment (ECF No. 39) filed by Defendants Sergeant William Haines, Sergeant Michael Langdale, Chief David Montella, and Upper Providence Township is **GRANTED**. John Burgy is the only remaining Defendant in this case.

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: